# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ROBERT MINTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION FILE NO.** |
| **CITY OF ATLANTA,** | ) _____ |
| **ATLANTA POLICE DEPARTMENT,** | ) |
| **OFFICER BALMORE CRUZ,** | ) |
| **OFFICER BRANDON MEADE,** | ) |
| **OFFICER JB KARPEH, and** | ) |
| **OFFICER JOHN DOE,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS CITY OF ATLANTA, ATLANTA POLICE DEPARTMENT, OFFICER BALMORE CRUZ, OFFICER BRANDON MEADE, AND OFFICER JB KARPEH'S NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1441-1455 Defendants remove this action from State Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of this Notice of Removal, Defendants aver as follows:

### I.     PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS.

On February 9, 2024, Plaintiff filed his Complaint in the State Court of Fulton County, Georgia alleging that Defendant Officer Balmore Cruz, a City of Atlanta police officer, struck Plaintiff with his vehicle while Plaintiff, in a wheelchair, was in a crosswalk. Plaintiff went on to allege, among other things, that the remaining

Defendants conspired with Defendant Cruz to lie about what happened thereby violating Plaintiff's state and federal constitutional rights (under 42 U.S.C. § 1983).

## II. GROUNDS FOR REMOVAL.

Under 28 U.S.C. § 1441, removal is proper because Plaintiff has alleged a violation of a federal law over which the District Court has original jurisdiction.

## III. THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.

Defendants, because of the allegations in the Complaint, have the power to remove. The incident alleged occurred in Atlanta, Fulton County, Georgia. The appropriate venue is the United States District Court, Northern District of Georgia, Atlanta Division. Defendants' request to remove to United States District Court, Northern District of Georgia, Atlanta Division is timely. All Defendants request and agree to removal. After filing this Notice of Removal, Defendants will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the State Court of Fulton County, Georgia in accordance with 28 U.S.C. § 1446(d).

True and correct copies of all process, pleadings, and order served on Defendants in the action pending in State Court of Fulton Conty are attached hereto as **"Exhibit A – Complaint; Exhibit B – Summons; Exhibit C – Answer; and Exhibit D - Notice of Intent to Remove"**.

## IV. **NON-WAIVER OF DEFENSES.**

By removing this action from State Court of Fulton County, Defendants do not waive any defenses available to them. By removing this action from the State Court of Fulton County, Defendants do not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE**, Defendants remove the above-captioned action from the State Court of Fulton County to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 23rd day of April, 2024.

                                                James E. Dearing, Jr., P.C.

                                                ***/s/ James E. Dearing, Jr.***
                                                James E. Dearing, Jr.
                                                Georgia Bar No. 215090
                                                *Attorney for Defendants*

1596 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
(404) 870-0010
jdearing@jed-law.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ROBERT MINTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION FILE NO. |
| **CITY OF ATLANTA,** | ) _____ |
| **ATLANTA POLICE DEPARTMENT,** | ) |
| **OFFICER BALMORE CRUZ,** | ) |
| **OFFICER BRANDON MEADE,** | ) |
| **OFFICER JB KARPEH, and** | ) |
| **OFFICER JOHN DOE,** | ) |
| | ) |
| **Defendants.** | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the forgoing **DEFENDANTS CITY OF ATLANTA, ATLANTA POLICE DEPARTMENT, OFFICER BALMORE CRUZ, OFFICER BRANDON MEADE, AND OFFICER JB KARPEH'S NOTICE OF REMOVAL** with the Clerk of Court using the electronic filing system and via Statutory Electronic Service, properly addressed as follows:

Cody Randall
Georgia Trial Attorneys at Kirchen & Grant, LLC
6825 Jimmy Carter Blvd., Suite 1400
Norcross, GA 30071
GAEfile@8334thewin.com

This 23rd day of April, 2024.

James E. Dearing, Jr., P.C.

**/s/ James E. Dearing, Jr.**
James E. Dearing, Jr.
Georgia Bar No. 215090
*Attorney for Defendants*

1596 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
(404) 870-0010
jdearing@jed-law.com